**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| E.P.B., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CV-153 (WLS-AGH) |
| | : | |
| Warden, IRWIN DETENTION | : | |
| CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## ORDER

Before the Court is a Stipulation of Dismissal (Doc. 10), filed by the Parties on June 30, 2026. Therein, the Parties stipulate to the dismissal, without prejudice, of Petitioner's claims against Respondents, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared."

For the purpose of completing the Record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 10). This matter is therefore **DISMISSED**, without prejudice. In light of the dismissal of the petition, Petitioner's Emergency Motion to Enforce Judgment (Doc. 6) is **DENIED**, as moot.

**SO ORDERED**, this 1st day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**